1044

[No. 55277-5-I. Division One. December 12, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSE E. RODRIGUEZ, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 96-1-00628-3, Larry E. McKeeman, J., entered November 12, 2004. *Affirmed in part* and *remanded* by unpublished opinion per Coleman, J., concurred in by Appelwick, A.C.J., and Becker, J.

[No. 55727-1-I. Division One. December 12, 2005.]

*In the Matter of the Marriage of* JOHN J. SANTOS, *Respondent*, and JOELLEN J. SANTOS, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-3-11058-6, Helen Halpert, J., entered January 18, 2005. *Affirmed in part, reversed in part*, and *remanded* by unpublished per curiam opinion.

[No. 31696-0-II. Division Two. December 13, 2005.]

COLIN McKEE, *Respondent*, v. ULYSSES MARTIN ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 02-2-09762-1, Frank Cuthbertson, J., entered April 30, 2004. *Reversed* by unpublished opinion per Van Deren, A.C.J., concurred in by Hunt and Penoyar, JJ.